IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>UNITED TAX GROUP, LLC,<br><br>   Debtor.<br>_____<br>EDWARD WELKE, et al.,<br><br>   Appellants,<br><br>  v.<br><br>GEORGE L. MILLER, Chapter 7 Trustee,<br><br>   Appellee. | ) Chapter 7<br>) Bk. No. 14-10486 (LSS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 16-1323-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 23rd day of January, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall be stayed in this Court through and including forty-five days from the date the mediator files a certificate of completion of mediation in Adversary Proceeding No. 16-50088-LSS.

IT IS FURTHER ORDERED that the parties shall submit a status report on or before **May 25, 2017.**

                  _____
                  United States District Judge